## Saurman's Case.

*Election law—Registration—Appeals—Act of February* 17, 1906, *sec.* 15, *P. L.* 49.

By the Act of February 17, 1906, sec. 15, P. L. 49, an appeal from the decision of the commissioners of registration refusing an application for registration, may be taken to the court of common pleas upon allowance by that court, but no further appeal is given by the statute.

Argued March 27, 1907.    Appeal, No. 119, Jan. T., 1907, by Benjamin F. Saurman, from order of C. P. No. 2, Phila. Co., dismissing appeal from the decision of the commissioners of registration.    Before Mitchell, C. J., Fell, Mestrezat, Potter and Stewart, JJ.    Appeal dismissed.

Appeal from commissioners of registration.

*Benjamin F. Saurman,* for appellant.

Per Curiam, May 20, 1907 :

By the Act of February 17, 1906, sec. 15, P. L. 49, an appeal

from the decision of the commissioners of registration refusing
an application for registration, may be taken to the court of
common pleas upon allowance by that court, but no further
appeal is given by the statute. This appeal must, therefore, be
dismissed for want of jurisdiction.

Appeal dismissed.